

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2020

No. 04-20-00495-CV

**IN RE** Alicia P. **WILLEFORD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11792
Richard Edward Price, Judge Presiding

# O R D E R

Original Mandamus Proceeding[1]

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

On October 6, 2020, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 22, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay of trial court proceedings is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** October 7, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2018-CI-11792, styled *in the Matter of the Marriage of Alicia P. Willeford and Jimmy D. Willeford*, pending in the 408th Judicial District Court, Bexar County, Texas. The Honorable Richard Price issued the order at issue in this original proceeding.